No. 685. GORHAM & JOHNSON, INC., *v.* CHRYSLER CORPORATION ET AL. C. A. 5th Cir. Certiorari denied. *W. B. Harrell* and *Fred S. Abney* for petitioner. *William D. Neary* for respondents.

No. 693. LEGATE *v.* MALONEY, RECEIVER. C. A. 1st Cir. Certiorari denied. *Mark M. Horblit* for petitioner. *Marcien Jenckes* and *Charles H. Morin* for respondent.

No. 694. NORTHEAST AIRLINES, INC., *v.* PEARSON, ADMINISTRATRIX. C. A. 2d Cir. Certiorari denied. *William J. Junkerman* and *James B. McQuillan* for petitioner. *Frank G. Sterritte, Stuart M. Speiser* and *Edward M. O'Brien* for respondent.

No. 695. LINCOLN NATIONAL LIFE INSURANCE CO. *v.* ROOSTH. C. A. 5th Cir. Certiorari denied. *Thos. B. Ramey* and *Jack W. Flock* for petitioner. *Chas. F. Potter* for respondent.

No. 696. DRILL *v.* UNITED STATES. Court of Claims. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *Sherman L. Cohn* for the United States.

No. 709. KENITE CORPORATION *v.* UNITED STATES; and

No. 784. UNITED STATES *v.* KENITE CORPORATION. Court of Claims. Certiorari denied. *Smith W. Brookhart, Ralph E. Becker, Irving G. McCann* and *Malvern J. Sheffield, Jr.* for Kenite Corporation. *Solicitor General Cox* and *Roger P. Marquis* for the United States.